| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Henderson, Karen L. | 2. Court or Organization US Circuit Court of Appeals, District of Columbia Circuit | 3. Date of Report 05/15/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Court Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

US Courthouse, Room 3118
333 Constitution Avenue, NW
Washington, DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank Acccount | | None | J | T | | | | | |
| 2. Suntrust Bank Checking Account | A | Interest | J | T | | | | | |
| 3. Suntrust Bank Investment Account Contains: | | | | | | | | | |
| 4. **Suntrust Cash Account | A | Dividend | K | T | | | | | |
| 5. Allis Chalmers Energy Inc.: Common | | None | J | W | | | | | |
| 6. Morgan Stanley Account Contains: | | | | | | | | | |
| 7. **Morgan Stanley Cash Accounts | A | Interest | K | T | | | | | |
| 8. **AT&T Inc.: Common | B | Dividend | K | T | | | | | |
| 9. **Alcatel-Lucent: Common | | None | J | T | | | | | |
| 10. **NCR Corp: Common | | None | J | T | | | | | |
| 11. **Teradata Corp: Common | | None | J | T | | | | | |
| 12. **LSI Corporation: Common | A | Dividend | J | T | | | | | |
| 13. **International Business Machines: Common | A | Dividend | K | T | | | | | |
| 14. IRA: Morgan Stanley Contains: | | | | | | | | | |
| 15. **AT&T Inc.: Common | C | Dividend | L | T | | | | | |
| 16. **Citigroup Inc.: Common | A | Dividend | J | T | | | | | |
| 17. **Alcatel-Lucent: Common | | None | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. **Intl Business Machines Corp.: Common | B | Dividend | L | T | | | | | |
| 19. **NCR Corp.: Common | | None | J | T | | | | | |
| 20. **Teradata Corp: Common | | None | J | T | | | | | |
| 21. **Morgan Stanley Cash Accounts | A | Interest | L | T | | | | | |
| 22. **LSI Corporation: Common | A | Dividend | J | T | | | | | |
| 23. **Traveler's Companies: Common | A | Dividend | J | T | | | | | |
| 24. Merrill Lynch Account Contains: | | | | | | | | | |
| 25. **Merrill Lynch Cash Accounts | A | Interest | M | T | | | | | |
| 26. Merrill Lynch IRA Contains: | | | | | | | | | |
| 27. **AT&T, Inc.: Common | A | Dividend | K | T | | | | | |
| 28. **Alcatel-Lucent: Common | A | Dividend | J | T | | | | | |
| 29. **LSI Corporation: Common | A | Dividend | J | T | | | | | |
| 30. **Marathon Oil Corp: Common | B | Dividend | M | T | | | | | |
| 31. **Marathon Petroleum: Common | B | Dividend | M | T | | | | | |
| 32. **Merrill Lynch Cash Accounts | A | Interest | K | T | | | | | |
| 33. Wells Fargo Rollover IRA Contains: | | | | | | | | | |
| 34. **Wells Fargo PT Money Market Fund | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. **United States Treasury Bills Due 01/03/2013 | A | Interest | | | Redeemed | 01/03/13 | P1 | | |
| 36. **United States Treasury Bills Due 07/05/2013 | | None | | | Buy | 01/03/13 | P1 | | |
| 37. **United States Treasury Bills Due 07/05/2013 | A | Interest | | | Redeemed | 07/05/13 | P1 | | |
| 38. **United States Treasury Bills Due 01/16/2014 | | None | P1 | T | Buy | 07/18/13 | P1 | | |
| 39. Stanley Black & Decker Corp.: Common | B | Dividend | L | T | | | | | |
| 40. Bank America Corp.: Common | B | Dividend | N | T | | | | | |
| 41. The Boeing Co.: Common | D | Dividend | O | T | | | | | |
| 42. Campbell Soup Co.: Common | C | Dividend | N | T | | | | | |
| 43. Colgate-Palmolive Co.: Common | E | Dividend | P1 | T | | | | | |
| 44. General Electric Co.: Common | E | Dividend | P1 | T | | | | | |
| 45. The Goodyear Tire & Rubber Co.:Common | A | Dividend | L | T | | | | | |
| 46. IBM Corp.: Common | D | Dividend | N | T | | | | | |
| 47. Exxon-Mobil Corp.: Common | E | Dividend | O | T | | | | | |
| 48. Kinder Morgan | C | Dividend | L | T | | | | | |
| 49. Pfizer Co.: Common | D | Dividend | N | T | | | | | |
| 50. Marathon Group: Common | C | Dividend | M | T | | | | | |
| 51. Marathon Petroleum: Common | C | Dividend | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Monsanto: Common | C | Dividend | N | T | | | | | |
| 53. Chevron Corporation: Common | D | Dividend | N | T | | | | | |
| 54. Weyerhaeuser Co.: Common | C | Distribution | M | T | | | | | |
| 55. US Steel Group: Common | A | Dividend | J | T | | | | | |
| 56. Allstate: Common | A | Dividend | K | T | | | | | |
| 57. Delhaize Group Spons: Common | A | Dividend | J | T | | | | | |
| 58. DirecTV Group, Inc.: Common | | None | J | T | | | | | |
| 59. Discover Financial Services: Common | A | Dividend | J | T | | | | | |
| 60. Federal Signal Corp: Common | | None | L | T | | | | | |
| 61. Halliburton Co.: Common | A | Dividend | K | T | | | | | |
| 62. Morgan Stanley: Common | A | Dividend | J | T | | | | | |
| 63. News Corp Ltd.: Common | A | Dividend | | | Closed | 05/09/13 | J | | |
| 64. 21st Centruy Fox | A | Dividend | J | T | Spinoff (from line 63) | 05/09/13 | J | | |
| 65. Royal Dutch Shell: Common | F | Dividend | P1 | T | | | | | |
| 66. Schlumberger Ltd.: Common | D | Dividend | N | T | | | | | |
| 67. Titanium Metals Corp: Common | | None | J | T | | | | | |
| 68. Transocean Inc.: Common | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Valhi Inc.: Commom | A | Dividend | J | T | | | | | |
| 70. Total S.A. :Common Stock | A | Dividend | K | T | | | | | |
| 71. Springtree Associates Partnership: 1% Interest (Columbia, SC) | A | Rent | J | W | | | | | |
| 72. Wells Fargo Bank Accounts: | A | Interest | M | T | | | | | |
| 73. First Citizens Bank Account | A | Interest | M | T | | | | | |
| 74. NBSC Money Market Account | A | Interest | M | T | | | | | |
| 75. BB&T Money Market Account | A | Interest | M | T | | | | | |
| 76. SCB&T Money Market Account | A | Interest | L | T | | | | | |
| 77. TD Bank Money Market Account | A | Interest | M | T | | | | | |
| 78. Minnesota Mutual Life Insurance Policy | B | Dividend | L | T | | | | | |
| 79. John Hancock Life Insurance Policy | A | Dividend | J | T | | | | | |
| 80. Merrill Lynch SEP Contains: | | | | | | | | | |
| 81. **Merrill Lynch SEP Cash Accounts | A | Dividend | J | T | | | | | |
| 82. **Chevron Corp: Common | D | Dividend | M | T | | | | | |
| 83. **American Euro Pacific Growth Fund | | None | | | Sold | 09/20/13 | L | A | |
| 84. **Thornburg International Value Fund | A | Dividend | M | T | | | | | |
| 85. Wells Fargo Bank Trust Contains: | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. **Cash accounts | | None | J | T | | | | | |
| 87. **Dodge & Cox International Stock Fund | A | Dividend | J | T | Sold (part) | 07/11/13 | J | A | |
| 88. | | | | | Sold (part) | 10/10/13 | J | A | |
| 89. **Nuveen Limited Term Muni Fund | A | Dividend | J | T | Buy (add'l) | 05/10/13 | J | | |
| 90. | | | | | Sold (part) | 07/11/13 | J | A | |
| 91. | | | | | Buy (add'l) | 10/15/13 | J | | |
| 92. **Nuveen Funds High Yield Muni Fund | A | Dividend | J | T | Sold (part) | 02/08/13 | J | A | |
| 93. | | | | | Buy (add'l) | 07/15/13 | J | | |
| 94. | | | | | Buy (add'l) | 10/15/13 | J | | |
| 95. **Pimco Foreign Bond Fund | A | Dividend | J | T | Sold (part) | 02/08/13 | J | A | |
| 96. | A | Distribution | | | Buy (add'l) | 07/15/13 | J | | |
| 97. | | | | | Buy (add'l) | 10/15/13 | J | | |
| 98. **Dreyfus Tax Exempt Cash Management Fund | | None | J | T | | | | | |
| 99. **Dreyfus Emerging Markets Debt Fund | A | Dividend | J | T | Sold (part) | 02/08/13 | J | A | |
| 100. | A | Distribution | | | Buy (add'l) | 07/15/13 | J | | |
| 101. | | | | | Sold (part) | 10/11/13 | J | A | |
| 102. **JP Morgan Mid Cap Value Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. **Keeley Small Cap Value Fund | A | Dividend | J | T | Sold (part) | 02/08/13 | J | A | |
| 104. **Vanguard REIT Viper Fund | A | Dividend | J | T | Sold (part) | 02/12/13 | J | A | |
| 105. | | | | | Sold (part) | 05/10/13 | J | A | |
| 106. | | | | | Buy (add'l) | 07/15/13 | J | | |
| 107. | | | | | Buy (add'l) | 10/15/13 | J | | |
| 108. **Vanguard FTSE Emerging Market Fund | A | Dividend | J | T | Buy (add'l) | 02/12/13 | J | | |
| 109. | | | | | Buy (add'l) | 05/10/13 | J | | |
| 110. | | | | | Buy (add'l) | 07/15/13 | J | | |
| 111. | | | | | Sold (part) | 10/15/13 | J | A | |
| 112. **Harbor Capital Appreciation Fund | A | Dividend | K | T | Buy (add'l) | 02/12/13 | J | | |
| 113. | A | Distribution | | | Sold (part) | 05/08/13 | J | A | |
| 114. | | | | | Sold (part) | 07/11/13 | J | A | |
| 115. | | | | | Sold (part) | 10/11/13 | J | A | |
| 116. **MFS Value Fund | A | Dividend | J | T | Buy (add'l) | 02/12/13 | J | | |
| 117. | A | Distribution | | | Sold (part) | 05/08/13 | J | A | |
| 118. | | | | | Sold (part) | 07/11/13 | J | A | |
| 119. **Oppenheimer Developing Market | A | Dividend | J | T | Buy (add'l) | 02/12/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | A | Distribution | | | Sold (part) | 10/10/13 | J | A | |
| 121. **SPDR DJ Wilshire International Fund | A | Dividend | J | T | Sold (part) | 05/10/13 | J | A | |
| 122. | | | | | Buy (add'l) | 07/10/13 | J | | |
| 123. **Artisan International Growth Fund | A | Dividend | J | T | Sold (part) | 05/08/13 | J | A | |
| 124. | | | | | Sold (part) | 07/11/13 | J | A | |
| 125. | | | | | Sold (part) | 10/10/13 | J | A | |
| 126. **Credit Suisse Commodity Return | | None | J | T | Buy (add'l) | 02/12/13 | J | | |
| 127. | | | | | Buy (add'l) | 05/10/13 | J | | |
| 128. | | | | | Sold (part) | 09/26/13 | J | A | |
| 129. **Ishares S&P 500 Index Fund | A | Dividend | J | T | Sold (part) | 05/10/13 | J | A | |
| 130. | | | | | Sold (part) | 07/11/13 | J | A | |
| 131. **Nuveen Intermediate Duration Bond Fund | A | Dividend | J | T | Buy (add'l) | 02/12/13 | J | | |
| 132. | | | | | Sold (part) | 05/08/13 | J | A | |
| 133. | | | | | Buy (add'l) | 10/15/13 | J | | |
| 134. **Ridgeworth SEIX HY Fund | A | Dividend | J | T | Sold (part) | 02/08/13 | J | A | |
| 135. | A | Distribution | | | Buy (add'l) | 07/15/13 | J | | |
| 136. **American Century Tax Free Bond Fund | A | Dividend | J | T | Sold (part) | 02/08/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | A | Distribution | | | Buy (add'l) | 05/10/13 | J | | |
| 138. | | | | | Sold (part) | 07/11/13 | J | A | |
| 139. | | | | | Buy (add'l) | 10/15/13 | J | | |
| 140. **Diamond Hill Long-Short Fund | A | Dividend | J | T | Sold (part) | 02/08/13 | J | A | |
| 141. | | | | | Sold (part) | 07/10/13 | J | A | |
| 142. **Hussman Strategic Growth Fund | A | Dividend | | | Sold | 02/08/13 | J | A | |
| 143. **Laudus Mondrian International Fixed Income Fund | A | Distribution | J | T | Sold (part) | 02/08/13 | J | A | |
| 144. | | | | | Buy (add'l) | 07/15/13 | J | | |
| 145. **Merger Fund SH Ben int | A | Dividend | J | T | Buy (add'l) | 02/12/13 | J | | |
| 146. | | | | | Buy (add'l) | 07/15/13 | J | | |
| 147. **Eaton Vance Global Macro Fund | A | Dividend | J | T | Buy | 07/15/13 | J | | |
| 148. **Ipath Dow Jones -UBS Commodity Fund | | None | J | T | Buy | 09/30/13 | J | | |
| 149. **Ishares Russell 2000 Fund | | None | | | Sold | 02/12/13 | J | A | |
| 150. **Artisan Mid Cap Fund | A | Dividend | J | T | Buy (add'l) | 02/12/13 | J | | |
| 151. | | | | | Buy (add'l) | 07/15/13 | J | | |
| 152. | | | | | Sold (part) | 10/10/13 | J | A | |
| 153. **Driehaus Active Income Fund | A | Dividend | J | T | Buy (add'l) | 02/12/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 07/15/13 | J | | |
| 155. | | | | | Buy (add'l) | 10/15/13 | J | | |
| 156. **Gateway Fund | A | Dividend | | | Buy (add'l) | 02/12/13 | J | | |
| 157. | | | | | Sold | 07/11/13 | J | A | |
| 158. **AQR Managed Futures | | None | | | Buy | 07/15/13 | J | | |
| 159. | | | | | Sold | 10/10/13 | J | A | |
| 160. **ASG Global Alternatives | A | Dividend | J | T | Buy | 07/15/13 | J | | |
| 161. | | | | | Buy (add'l) | 10/15/13 | J | | |
| 162. **Fidelity Emerging Markets | A | Dividend | J | T | Buy | 10/15/13 | J | | |
| 163. **Kalmar Growth with Value Small Cap FD | | None | | | Buy | 02/12/13 | J | | |
| 164. | | | | | Sold | 11/07/13 | J | A | |
| 165. **Kalmar Growth with Value Small Cap Ins | | None | J | T | Buy | 11/07/13 | J | | |
| 166. Wells Fargo Brokerage Account Contains: | | | | | | | | | |
| 167. **Cash Accounts | | None | J | T | | | | | |
| 168. **US Treasury Bill Due 03/14/13 | B | Interest | | | Redeemed | 03/14/13 | P1 | | |
| 169. **US Treasury BIll Due 9/12/13 | | None | | | Buy | 03/14/13 | P1 | | |
| 170. | B | Interest | | | Redeemed | 09/12/13 | P1 | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  **US Treasury Bill due 3/13/14 | | None | P1 | T | Buy | 09/12/13 | P1 | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 43 - Colgate declared a 2 for 1 stock split March 7, 2013 for shareholders owning shares as of April 23, 2013(record date). The additional shares were distributed to shareholders May 15, 2013.

Part VII, Line 63 & 64 - News Corp. split into two different companies effective June 18, 2013 to separate its publishing and media divisions. The company created for the publising division was named News Corp and the company created for the media division was named 21st Century Fox. The shares owned at the time of this report as a result of this split are shares in 21st Century Fox.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Karen L. Henderson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544